UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HERMAN TAMRAT,

        Plaintiff,

    v.

MERCARDO, et al.,

        Defendants.

Case No.  24-cv-08604-TLT

**ORDER OF DISMISSAL**

The Court ordered plaintiff on January 9, 2026 to show cause why this case should not be dismissed for plaintiff's failure to update his address of record pursuant to Civil Local Rule 3-11. Mail sent to plaintiff at his address of record by the Court has been returned as undeliverable in plaintiff's other case *Tamrat v. San Francisco Sheriffs Dept.*, 24-cv-08606. Plaintiff has not updated his address in that case or in this case, or otherwise responded to the order to show cause or communicated with the Court. This case is therefore dismissed without prejudice for failure to respond to the Court's order and pursuant to Civil Local Rule 3-11.

The Clerk shall terminate any pending motions, enter judgment for defendants, and close the file.

**IT IS SO ORDERED.**

Dated: March 13, 2026

_____
TRINA L. THOMPSON
United States District Judge